IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03255-AP

VALARIE D. CHILES

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| ROBERT K. GRUBER<br>Attorney at Law<br>3500 S Wadsworth Blvd., Suite 215<br>Lakewood, CO 80235-2382<br>Telephone: 303-986-6400<br>Fax: 303-986-6800<br>Email: bobgruber@earthlink.net | JOHN F. WALSH,<br>United States Attorney<br>District of Colorado<br><br>J. BENEDICT GARCIA,<br>Assistant United States Attorney<br><br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 4169<br>Denver, CO 80294-4003<br>(303) 844-0017<br>Tom.kraus@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

  A. Date Complaint Was Filed:  November 29, 2013

  B. Date Complaint Was Served on U.S. Attorney's Office: December 13, 2013

  C. Date Answer and Administrative Record Were Filed: February 4, 2014

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Counsel for the Plaintiff states that the Administrative record is complete and accurate.

To the best of his knowledge, Counsel for the Defendant states that the Administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

To the best of his knowledge, Counsel for the Plaintiff states that this case does not involve unusual claims or defenses.

To the best of his knowledge, Counsel for the Defendant states that this case does not involve unusual claims or defenses.

7. OTHER MATTERS

There are no other matters.

8. BRIEFING SCHEDULE

  A.  Plaintiff's Opening Brief Due: April 10, 2014

  B. Defendant's Response Brief Due: May 28, 2014

  C. Plaintiff's Reply Brief (If Any) Due: June 12, 2014

9. STATEMENTS REGARDING ORAL ARGUMENT

A.  Plaintiff's Statement:  Plaintiff does not request oral argument

  B.  Defendant's Statement:  Defendant does not request oral argument

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 21st day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Robert K. Gruber
ROBERT K. GRUBER
Attorney at Law
3500 S. Wadsworth Blvd., Suite 215
Lakewood, CO 80235-2382
Telephone: 303-986-6400
Fax: 303-986-6800
Email: bobgruber@earthlink.net

For Defendant:

JOHN F. WALSH,
United States Attorney
District of Colorado

J. BENEDICT GARCIA
Assistant United States Attorney

s/ Thomas H. Kraus
THOMAS H. KRAUS
Special Assistant U.S. Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-0017
Tom.kraus@ssa.gov